IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:14CR44 (LMB) |
| | ) | |
| | ) | Jury Trial:   April 20, 2015 |
| AMAR ENDRIS | ) | |
| | ) | |
| Defendant | ) | |

GOVERNMENT'S EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 1 | Disc 1D4, July 11, 2014 Consensually Monitored Conversation involving Endris, CHS and Mo. |
| 1A1 | Excerpted Audio from Disc 1D4 Starting at 12:27:35 |
| 1T1 | Transcript of Audio from Disc 1D4 Starting at 12:27:35 |
| 1A2 | Excerpted Audio from Disc 1D4 Starting at 12:54:00 |
| 1T2 | Transcript of Audio from Disc 1D4 Starting at 12:54:00 |
| 1A3 | Excerpted Audio from Disc 1D4 Starting at 12:59:06 |
| 1T3 | Transcript of Audio from Disc 1D4 Starting at 12:59:06 |
| 1A4 | Excerpted Audio from Disc 1D4 Starting at 14:30:54 |
| 1T4 | Transcript of Audio from Disc 1D4 Starting at 14:30:54 |
| 1A5 | Excerpted Audio from Disc 1D4 Starting at 14:33:29 |
| 1T5 | Transcript of Audio from Disc 1D4 Starting at 14:33:29 |
| 2 | Disc 1D10, July 18, 2014 Consensually Monitored Conversation involving Endris |

|   |   |
|---|---|
| | and CHS. |
| 2A1 | Excerpted Audio from Disc 1D10 Starting at 16:17:20 |
| 2T1 | Transcript of Audio from Disc 1D10 Starting at 16:17:20 |
| 2A2 | Excerpted Audio from Disc 1D10 Starting at 16:21:35 |
| 2T2 | Transcript of Audio from Disc 1D10 Starting at 16:21:35 |
| 3 | Disc 1D18, August 5, 2014 Consensually Monitored Conversation involving Endris and CHS. |
| 3A1 | Excerpted Audio from Disc 1D18 Starting at 12:09:15 |
| 3T1 | Transcript of Audio from Disc 1D18 Starting at 12:09:15 |
| 3A2 | Excerpted Audio from Disc 1D18 Starting at 12:13:39 |
| 3T2 | Transcript of Audio from Disc 1D18 Starting at 12:13:39 |
| 4 | Disc 1D21, August 11, 2014 Consensually Monitored Conversation involving Endris and CHS. |
| 4A1 | Excerpted Audio from Disc 1D21 Starting at 12:03:45 |
| 4T1 | Transcript of Audio from Disc 1D21 Starting at 12:03:45 |
| 5 | Disc 1D23, August 19, 2014 Consensually Monitored Conversation involving Endris and CHS. |
| 5A1 | Excerpted Audio from Disc 1D23 Starting at 13:03:16 |
| 5T1 | Transcript of Audio from Disc 1D23 Starting at 13:03:16 |
| 5A2 | Excerpted Audio from Disc 1D23 Starting at 15:37:20 |
| 5T2 | Transcript of Audio from Disc 1D23 Starting at 15:37:20 |
| 6 | Disc 1D30, August 26, 2014 Consensually Monitored Conversation involving Endris and CHS. |
| 6A1 | Excerpted Audio from Disc 1D30 Starting at 13:28:42 |
| 6T1 | Transcript of Audio from Disc 1D30 Starting at 13:28:42 |
| 7 | Disc 1D38, September 10, 2014 |

|      |                                                                                          |
|------|------------------------------------------------------------------------------------------|
|      | Consensually Monitored Conversation involving Endris, the CHS and Polo.                  |
| 7A1  | Excerpted Audio from Disc 1D38 Starting at 15:07:29                                       |
| 7T1  | Transcript of Audio from Disc 1D38 Starting at 15:07:29                                   |
| 7A2  | Excerpted Audio from Disc 1D38 Starting at 15:12:08                                       |
| 7T2  | Transcript of Audio from Disc 1D38 Starting at 15:12:08                                   |
| 8    | Disc 1D31, September 17, 2014 Consensually Monitored Conversation involving Endris and CHS. |
| 8A1  | Excerpted Audio from Disc 1D31 Starting at 12:52:42                                       |
| 8T1  | Transcript of Audio from Disc 1D31 Starting at 12:52:42                                   |
| 8A2  | Excerpted Audio from Disc 1D31 Starting at 12:55:22                                       |
| 8T2  | Transcript of Audio from Disc 1D31 Starting at 12:55:22                                   |
| 9    | Disc 1D9, September 25, 2014 Consensually Monitored Conversation involving Endris and CHS. |
| 9A1  | Excerpted Audio from Disc 1D9 Starting at 12:58:52                                        |
| 9T1  | Transcript of Audio from Disc 1D9 Starting at 12:58:52                                    |
| 10   | Disc # 14, October 1, 2014 Consensually Monitored Telephone Conversation involving Endris and CHS. |
| 10A1 | Excerpted Audio from Disc # 14 Starting at 12:45:20                                       |
| 10T1 | Transcript of Audio from Disc # 14 Starting at 12:45:20                                   |
| 11   | Disc # 12, October 1, 2014 Consensually Monitored Conversation involving Endris and CHS. |
| 11A1 | Excerpted Audio from Disc # 12 Starting at 13:21:20                                       |
| 11T1 | Transcript of Audio from Disc # 12 Starting at 13:21:20                                   |
| 12   | Disc 1D39, December 15, 2014 Consensually Monitored Telephone Conversation involving Endris and CHS. |
| 12A1 | Excerpted Audio from Disc 1D39 Starting at                                                |

|        | 20:03:23                                                                                   |
|--------|--------------------------------------------------------------------------------------------|
| 12T1   | Transcript of Audio from Disc 1D39 Starting at 20:03:23                                    |
| 13     | Disc 1D41, December 16, 2014 Consensually Monitored Telephone Conversation involving Endris and CHS. |
| 13A1   | Excerpted Audio from Disc 1D41 Starting at 19:18:01                                        |
| 13T1   | Transcript of Audio from Disc 1D41 Starting at 19:18:01                                    |
| 14     | Disc 1D42, December 17, 2014 Consensually Monitored Conversation involving Endris, CHS and "Paul." |
| 14A1   | Excerpted Audio from Disc 1D42 Starting at 11:37:14                                        |
| 14T1   | Transcript of Audio from Disc 1D42 Starting at 11:37:14                                    |
| 14A2   | Excerpted Audio from Disc 1D42 Starting at 11:42:35                                        |
| 14T2   | Transcript of Audio from Disc 1D42 Starting at 11:42:35                                    |
| 14A3   | Excerpted Audio from Disc 1D42 Starting at 11:48:00                                        |
| 14T3   | Transcript of Audio from Disc 1D42 Starting at 11:48:00                                    |
| 14A4   | Excerpted Audio from Disc 1D42 Starting at 11:53:40                                        |
| 14T4   | Transcript of Audio from Disc 1D42 Starting at 11:53:40                                    |
| 14A5   | Excerpted Audio from Disc 1D42 Starting at 11:56:50                                        |
| 14T5   | Transcript of Audio from Disc 1D42 Starting at 11:56:50                                    |
| 15     | December 17, 2014 Post-Arrest interview of Endris.                                         |
| 15A1   | Excerpted Audio from Post-Arrest Interview Starting at 13:53:20                            |
| 15T1   | Transcript of Audio from Post-Arrest Interview Starting at 13:53:20                        |
| 15A2   | Excerpted Audio from Post-Arrest Interview Starting at 13:59:16                            |
| 15T2   | Transcript of Audio from Post-Arrest Interview Starting at 13:59:16                        |
| 15A3   | Excerpted Audio from Post-Arrest Interview Starting at 14:05:12                            |
| 15T3   | Transcript of Audio from Post-Arrest                                                        |

|       |                                                                                                                                                                          |
|-------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|       | Interview Starting at 14:05:12                                                                                                                                            |
| 15A4  | Excerpted Audio from Post-Arrest Interview Starting at 14:12:34                                                                                                           |
| 15T4  | Transcript of Audio from Post-Arrest Interview Starting at 14:12:34                                                                                                       |
| 15A5  | Excerpted Audio from Post-Arrest Interview Starting at 14:57:00                                                                                                           |
| 15T5  | Transcript of Audio from Post-Arrest Interview Starting at 14:57:00                                                                                                       |
| 16    | July 7, 2014 telephone text messages between Endris and the CHS in which they discuss a gun for sale by the Chinese guy for $100.                                         |
| 17    | September 5, 2014 telephone text messages between Endris and the CHS in which Endris said he was going to get a strap.                                                    |
| 18    | September 8-10, 2014 telephone text messages between Endris and the CHS in which Endris said he could get a "s&w for 300."                                                |
| 19    | September 10, 2014 Facebook Communication between Endris and CHS, using the screen name Khaled Azzam, in which Endris says, "No akhi polo made me Waite a lot he aint show up so I took the bus home and left." |
| 20    | September 23, 2014 telephone text messages between Endris and the CHS in which they discuss a strap store and Endris's age.                                               |
| 21    | September 25, 2014 telephone text messages between Endris and the CHS.                                                                                                    |
| 22    | October 1, 2014 telephone text messages between Endris and the CHS in which they discuss a proposed gun deal with "Paul." Endris ultimately says, "Tell Paul to save it doe I we'll get it some other time." |
| 23    | October 15, 2014 Facebook Communication between Endris and CHS, using the screen name Khaled Azzam, in which Endris says, "and I aint never coming back akhi."            |
| 24    | November 10, 2014 Facebook Communication between Endris and CHS, using the screen name Khaled Azzam, in which the CHS asks "when u leaving Ethiopia" and Endris asks, "Please tell me who you are?" |
| 25    | December 5, 2014 Facebook Communication                                                                                                                                   |

| | |
|---|---|
| | between Endris and CHS, using the screen name Khaled Azzam, in which Endris asks if "Paul steel got the 17?" |
| 26 | December 7, 2014 Facebook Communication between Endris and CHS, using the screen name Khaled Azzam, in which Endris says, "Am good u talk to poul?" |
| 27 | December 14, 2014 telephone text messages between Endris and the CHS in which Endris asks, "Did u talk to paul?" and later, "But please hit up Paul ASAP and I we'll get it this week I needit." |
| 28 | December 16, 2014 telephone text messages between Endris and the CHS in which Endris asks, "Does he have amo." |
| 29 | .9 MM Glock Handgun with Obliterated Serial Number and One Magazine |
| 30 | Target Shopping Bag and Shirt |
| 31 | $300 in cash |
| 32 | Black Columbia Bookbag |
| 33 | Flashlight |
| 34 | Photograph of Black Nissan Maxima |
| 35 | Photograph of .9 MM Glock Handgun with Obliterations and "Made in Austria" visible |
| 36 | Photograph of Opposite Side of .9 MM Glock Handgun |
| 37 | Photograph of .9 MM Glock Handgun, Magazine and Missing Receiver Plate |
| 38 | Photograph of Trunk Interior of Nissan Maxima |
| 39 | Photograph of Bookbag Underneath Trunk Lining |
| 40 | Photograph of Bookbag with Target Bag and Shirt |
| 41 | Photograph of Bookbag with Target Bag, Shirt and Gun |
| 50 | Master Disc with Excerpted Audio from Discs Listed in Exhibits 1-15 |

Respectfully submitted,

Dana J. Boente
United States Attorney


_____/s/_____
John T. Gibbs
Special Assistant United States Attorney (LT)
Attorney for United States
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3775
Fax:    703-299-3982
Email Address: john.gibbs2@usdoj.gov


<u>Certificate of Service</u>

I hereby certify that on April 13, 2015, I electronically filed this document with the Clerk

of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the

following:


Kevin Brehm
Assistant Federal Public Defender
Attorney for Amar Endris
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314

Nick Xenakis
Assistant Federal Public Defender
Attorney for Amar Endris
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314