IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:14CR44 (LMB) |
| | ) |
| AMAR ENDRIS | ) |
| | ) |
| Defendant | ) |

STIPULATION NO. 1.

The United States and the defendant hereby stipulate and agree that:

The firearm at issue in this case, a Glock .9MM handgun, listed as Government Exhibit 29, was manufactured in the country of Austria. It was shipped from Austria to a Glock facility in Smyrna, Georgia, and then to a gun distributor in Texas.

In February 1996, the Glock handgun was sold to the FBI and later shipped to Virginia. Therefore, this firearm has traveled in both interstate and foreign commerce.

At some point before the firearm was transferred to the defendant, Amar Endris, the FBI removed the serial numbers from this handgun.

Respectfully submitted,

Dana J. Boente
United States Attorney

/s/
John T. Gibbs
Special Assistant United States Attorney (LT)

Attorney for United States
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3775
Fax:    703-299-3982
Email Address: john.gibbs2@usdoj.gov

_____
AMAR ENDRIS

_____
Kevin Brehm
Counsel for AMAR ENDRIS